UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>-v-<br><br>PARKSTONE BRONXWOOD, LLC, et al.,<br><br>Defendants. | 26-CV-04876 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On October 5, 2026, Defendants Parkstone Bronxwood, LLC and Yehuda Nussbaum filed an Answer to the Complaint, thus making an appearance in this action. ECF No. 31. Prior to Defendants' appearance, Plaintiff sought the appointment of a receiver over the properties at issue during the pendency of this action by filing a Motion to Appoint Receiver. ECF No. 14.

It is HEREBY ORDERED that opposition papers to the Motion to Appoint Receiver will be due by **November 9, 2026**. Plaintiff's reply papers shall be due no later than **November 23, 2026.**

SO ORDERED.

Dated: October 9, 2026
New York, New York

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge